# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| KIA MACKEY, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BELDEN, INC.<br><br>      Defendant. | )<br>)<br>)<br>)  Case No. 4:21-cv-00149-JAR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DEADLINES

Plaintiff Kia Mackey and Defendant Belden Inc. (collectively, "the Parties") provide notice to the Court that they have reached a settlement in principle in the instant action and respectfully request that the Court enter an order staying all pending deadlines. Good cause exists for this request because:

1. The Parties participated in a mediation of this matter on Monday, May 9, 2022, with Jeffrey Grubman, Esq. of JAMS serving as the mediator.

2. Following the meditation, the Parties continued to negotiate the terms of a settlement and, on May 31, 2022, executed a settlement term sheet providing the parameters of a settlement.

3. Under the First Amended Case Management Order (ECF Doc. No. 47), Plaintiff's Motion for Class Certification is due Tuesday, May 31, 2022. Defendant's Response to Plaintiff's Motion for Class Certification is due on June 29, 2022. Plaintiff's Reply Brief is due on July 20, 2022.

4.	In order to avoid incurring additional legal expenses related to litigation, and to allow the Parties to focus their efforts on facilitating a settlement, the Parties respectfully request that the Court stay all upcoming deadlines in the First Amended Case Management Order (ECF Doc. No. 47), including those related to class certification.

5.	The Parties shall file a joint status report within thirty (30) days apprising the Court of the status of the settlement and propose deadlines related to preliminary and final approval.

6.	This request is not being made for purposes of delay.

WHEREFORE, the Parties respectfully request that the Court stay all pending deadlines. A proposed order is attached for the convenience of the Court.

Respectfully submitted,

Dated: May 31, 2022    /s/William B. Federman
William B. Federman*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

Jeffrey R. Schmitt 52966(MO)
Katherine M. Flett 68183(MO)
7701 Forsyth Blvd., Suite 1200
St. Louis, MO 63105
Phone: (314) 726-1000
Fax: (314) 725-6592
jschmitt@dmfirm.com
kflett@dmfirm.com

*Counsel for Plaintiff and the Putative Class*
\* admitted *pro hac vice*

Dated:  May 31, 2022    /s/ Gavin Reinke
Kristine McAlister Brown*
Gavin Reinke*
ALSTON & BIRD LLP

1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
kristy.brown@alston.com
gavin.reinke@alston.com

Robb E. Hellwig 60570(MO)
STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION
7733 Forsyth Blvd., Suite 500
St. Louis, Missouri 63105
Phone: (314) 721-7011
Fax: (314) 721-8660
rhellwig@stoneleyton.com

*Attorneys for Defendant Belden Inc.*
\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 31, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

/s/ *William B. Federman*
William B. Federman