**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| KIA MACKEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BELDEN, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:21-CV-00149-JAR<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the parties' Notice of Settlement and Joint Motion to Stay Deadlines. (Doc. 48). The parties participated in mediation on May 9, 2022 and executed a settlement term sheet on May 31, 2022. (*Id.* at ¶¶ 1-2; Doc. 49). In order to facilitate settlement and avoid incurring unnecessary legal expenses, the parties jointly request that the Court stay all case deadlines and order the parties to file a joint status report within 30 days. The Court will grant the parties' request for good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Notice of Settlement and Joint Motion to Stay Deadlines (Doc. 48) is **GRANTED** and all case deadlines in the First Amended Case Management Order (Doc. 47) are **STAYED**.

**IT IS FURTHER ORDERED** that, within **thirty (30) days** of this Order, the parties shall file a joint status report apprising the Court of the settlement status and proposing deadlines relating to preliminary and final approval of the settlement.

Dated this 31st day of May, 2022.

                                                                                  **JOHN A. ROSS**
                                                                                   **UNITED STATES DISTRICT JUDGE**