**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MISSOURI**

| | |
|---|---|
| **KIA MACKEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BELDEN, INC.**,<br><br>Defendant. | Case No. 4:21-cv-00149- JAR |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, the Declaration of William B. Federman in Support of Plaintiffs' Motion for Preliminary Approval, the exhibits thereto, and all prior pleadings and proceedings had herein, Plaintiffs Kia Mackey (of Case No.: 4:21-cv-00149-JAR) and Anand Edke (of Case No.: 4:21-cv-955-MTS) (collectively referred to as "Plaintiffs") move pursuant to Federal Rule of Civil Procedure 23 for and Order: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily certifying a class for purposes of Settlement; (3) appointing Plaintiffs as Class Representatives; (4) appointing William B. Federman of Federman & Sherwood and M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp. as Class Counsel; (5) approving the Parties' proposed form and method of giving notice of the pendency of this action and the Settlement to the Settlement Class; (6) directing that notice be given to the Settlement Class; (7) scheduling a hearing at which time the Court will consider the request for final approval of the Settlement and request for attorneys' fees, expenses, and service

awards to Plaintiffs; and (8) granting such other relief and further relief as the Court deems just and proper.

Dated: August 29, 2022                                          Respectfully submitted,

/s/ *William B. Federman*
William B. Federman*
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com
*Counsel for Plaintiff and the Putative Class*
*admitted pro hac vice


Jeffrey R. Schmitt, #52966MO
Katherine M. Flett, #68183MO
7701 Forsyth Blvd., Suite 1200
St. Louis, MO 63105
(314) 726-1000 / (314) 725-6592 (fax)
Email: jschmitt@dmfirm.com
           kflett@dmfirm.com

M. Anderson Berry (pro hac vice)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *William B. Federman*
William B. Federman