# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KIA MACKEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br><br>BELDEN, INC.,<br><br>    Defendant | Case No 4:21-cv-00149-JAR |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO PLAINTIFFS

Plaintiffs Kia Mackey and Anand Edke[1], individually and behalf of all others similarly situated ("Plaintiffs"), hereby move this Court to:

1. Approve an award of attorneys' fees and costs in the amount of $425,000[2]; and

2. Approve service awards for the class representatives in the amount of $3,500 each, or $7,000 in the aggregate.

In support of this motion, Plaintiffs refer this Honorable Court to: (i) their Suggestions in Support, filed contemporaneously with this motion; (ii) the records, pleadings, and papers filed in this action, and; (iii) such other documentary and oral evidence or argument as may be presented

---

[1] A parallel lawsuit was filed by Plaintiff Anand Edke against Belden, Inc., alleging similar claims for relief. *See Edke v. Belden, Inc.*, No. 4:21-cv-955-MTS (E.D. Mo.).  To maximize recovery for the Plaintiffs and the Class, Plaintiffs and their respective counsel worked in tandem to coordinate the two actions, jointly prosecute the actions through the *Mackey* action, and secure a settlement on behalf of Plaintiffs and the Class.

[2] The requested award of $425,000.00 in attorneys' fees and litigation expenses does not cover all attorneys' fees and costs accrued by Plaintiffs. Plaintiffs incurred combined attorneys' fees in the amount of $573,862.00 and combined expenses in the amount of $69,777.38. After applying the requested award ($425,000.00) towards Plaintiffs' attorneys' fees and costs, a balance of $218,639.39 remains.

to the Court at or prior to the Final Fairness Hearing currently scheduled for April 19, 2023.

Wherefore, premises considered, Plaintiffs request that this Court grant this motion and the relief sought herein as part of the Final Approval Order entered in this case.

Dated:  January 9, 2023                                     Respectfully submitted,

/s/ *William B. Federman*
William B. Federman (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

M. Anderson Berry (*pro hac vice*)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

*Class Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing by electronic mail to the attorneys and parties of record.

                                                              */s/William B. Federman*
                                                              William B. Federman