UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MISSOURI

| | |
|---|---|
| **KIA MACKEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BELDEN, INC.**,<br><br>Defendant. | Case No. 4:21-cv-00149- JAR |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Kia Mackey and Anand Edke,[1] individually and behalf of all others similarly situated ("Plaintiffs"), hereby move this Court for final approval of the class action settlement preliminarily approved by this Court on October 26, 2022. Plaintiffs respectfully request that this Court:

- a. Grant final certification of the Settlement Class for settlement purposes only, appoint Plaintiffs Kia Mackey and Anand Edke as Class Representatives, and appoint William B. Federman of Federman & Sherwood and M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corporation, as Class Counsel;

- b. Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

---

[1] A lawsuit parallel to the *Mackey* Action was filed by Plaintiff Anand Edke against Belden, Inc., alleging similar claims for relief. *See Anand Edke v. Belden, Inc.*, No. 4:21-cv-955-MTS (E.D. Mo.). To maximize recovery for Plaintiffs and the Class, Plaintiffs and their respective counsel worked to coordinate the two actions, jointly prosecute the actions through the *Mackey* Action, and secure a settlement on behalf of Plaintiffs and the Class.

1

    c.   Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

    d.   Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement.

    e.   Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on: (i) the Supporting Suggestions filed herewith; (ii) the Declaration of William B. Federman in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and accompanying exhibits filed herewith; (iii) the Settlement Agreement (ECF 57-1); (iv) Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 56); (v) Plaintiffs' Memorandum of Law in Support with attached exhibits (ECF No. 57); (vi) the Court's Order granting preliminary approval of the settlement (ECF No. 59); (vii) Plaintiffs' Motion for Attorney's Fees, Reimbursement of Litigation Expenses, and Service Awards to Plaintiffs (ECF No. 61); (viii) the accompanying Suggestions in Support (ECF No. 62); (ix) all other pleadings and papers on file in this action; and (x) any oral argument that may be heard by this Court at the Final Approval Hearing.

    Furthermore, Defendant does not oppose the relief sought in this motion.

WHEREFORE, premises considered, Plaintiffs request that this Court grant their Motion for Final Approval of Class Action Settlement.[2]

Dated: April 5, 2023

Respectfully submitted,

/s/ *William B. Federman*
William B. Federman (pro hac vice)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
wbf@federmanlaw.com

Jeffrey R. Schmitt, #52966MO
Katherine M. Flett, #68183MO
7701 Forsyth Blvd., Suite 1200
St. Louis, MO 63105
(314) 726-1000 / (314) 725-6592 (fax)
jschmitt@dmfirm.com
kflett@dmfirm.com

M. Anderson Berry (*pro hac vice*)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829
aberry@justice4you.com

*Counsel for Plaintiffs and the Putative Class*

---

[2] A [Proposed] Order is attached hereto as Exhibit 1.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *William B. Federman*
William B. Federman